

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00316-CV

Sharron **BROWN**,
Appellant

v.

**PORTFOLIO RECOVERY ASSOCIATES LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2018CV06932
Honorable Gloria Saldana, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Portfolio Recovery Associates LLC recover its costs in this appeal from appellant Sharron Brown.

SIGNED August 14, 2019.

_____
Beth Watkins, Justice